EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Mario A. Loyola Fernández | 2012 TSPR 147  186 DPR ____ |
|---|---|

Número del Caso: TS-12,807


Fecha: 1 de octubre de 2012


Abogado de la Parte Peticionaria:

          Por derecho propio


Materia: Reinstalación al Ejercicio de la Abogacía



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Mario A. Loyola Fernández                    TS-12,807


RESOLUCIÓN

San Juan, Puerto Rico, a 1 de octubre de 2012.

Examinada la *Moción Solicitando Reinstalación* presentada por el Sr. Mario A. Loyola Fernández, se autoriza su reinstalación al ejercicio de la abogacía, a partir de la notificación de la presente Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


                              Aida Ileana Oquendo Graulau
                            Secretaria del Tribunal Supremo